UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

DONOVAN HAYES,

                    Plaintiff,

    v.

JAMES DZURENDA, *et al.*,

                    Defendants.

Case No. 3:20-cv-00686-MMD-CSD

ORDER

This case has been pending for more than 270 days without any proceeding of record. On March 7, 2024, the Court issued a notice under Local Rule 41-1 informing Plaintiff that further failure to take any action within 30 days would result in an order of dismissal for want of prosecution. (ECF No. 21.) Plaintiff did not comply with that order and has not taken any additional action in this case to date.[1]

It is therefore ordered that this action is dismissed without prejudice for want of prosecution under LR 41-1.

The Clerk of Court is directed to close this case and enter judgment accordingly.

DATED THIS 10th Day of April 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

---

[1]The order was returned as undeliverable. (ECF No. 22.) However, it is Hayes' responsibility to file notification of any change of mailing address. See LR IA 3-1.